In the Matter of the Petition of ANNA RICH LEVY, BERTRAM RICH LEVY and ISAAC H. LEVY to Render and Settle Their Account as Executrix and Executors of MARKS G. LEVY, Deceased. ANNA RICH LEVY, Life Beneficiary, Executrix and Trustee, and BERTRAM RICH LEVY, Residuary Legatee, Executor and Trustee

of MARKS G. LEVY, Deceased, Petitioners, Appellants, and BEATRICE GUSSOFF, Residuary Legatee, Appellant; CHARLES H. BREITBART, as Special Guardian for ARNOLD MICHAEL GUSSOFF and LOIS ANN LEVY, Infants, etc., Respondent.— Appeal from part of a decree of the Surrogate's Court of Kings county. Decree, in so far as appealed from, modified by fixing the allowance of the special guardian as $750, and, as thus modified, affirmed, without costs. Lazansky, P. J., Carswell, Adel and Taylor, JJ., concur; Hagarty, J., dissents as to the modification and votes to affirm.